# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RTM CAPITAL PARTNERS, INC.;<br>LPV, 15-HERMITAGE, LLC; and<br>MATTHEW CURTIS<br>　　　　　Plaintiffs,<br><br>v.<br><br>JAMES R. BARNES,<br>　　　　　Defendant. | CASE NO. 18-00076 (RNC) |

## ORDER ON APPLICATION FOR CHARGING ORDER

The foregoing Application for Charging Order [Doc. #4] having been considered, is GRANTED and it is hereby ORDERED that:

The transferable interest of James R. Barnes ("Defendant") in that certain limited liability company known as Barnstormer Summit Lift, LLC (the "Company") is hereby charged with the payment of the judgment entered in *RTM Capital Partners, Inc. v. Barnes*, Docket No. 18-00056-GWC, ECF No. 7 (D. Vt. June 18, 2018), as registered in the above captioned action, which plaintiffs state remains unsatisfied. [Doc. #1; #4 at 2]. By means of this charging order, the Defendant's interest in said Company, and the distributions and proceeds thereof, are liened, such that the same shall be used and applied towards the payment of the judgment entered in this action.

SO ORDERED, this 25th day of September 2019 at Bridgeport, Connecticut.

　　　　　　　　　　　　　　　　　*/s/ William I. Garfinkel*
　　　　　　　　　　　　　　　　　WILLIAM I. GARFINKEL
　　　　　　　　　　　　　　　　　United States Magistrate Judge