UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RTM CAPTIAL PARTNERS, INC., LPV, 15- HERMITAGE, LLC, and MATTHEW CURTIS,<br><br>        Plaintiffs<br><br>v.<br><br>JAMES R. BARNES,<br><br>        Defendant | CASE NO. 18-00076 (RNC) |

**MOTION OF BARNSTORMER SUMMIT LIFT, LLC TO INTEVENE, COMPEL ARIBITRATION, AND LIMIT THE SCOPE OF THE PROCEEDING**

Now comes Barnstormer Summit Lift, LLC, through its counsel, Zeisler & Zeisler, P.C., and pursuant to F.R.C.P. 24(a)(1), moves to intervene in the captioned proceeding as a matter of right, and for an order to compel arbitration and limit the relief available to Plaintiffs to preserve diversity jurisdiction. In support of this Motion, Barnstormer Summit Lift, LLC submits its Memorandum of Law.

Dated at Bridgeport, Connecticut this 7th day of August, 2020.

        INTERVENOR

        BARNSORMER SUMMIT LIFT, LLC

        By:    /s/ *Aaron A. Romney*
                  Aaron A. Romney (ct28144)
                  Christopher H. Blau (ct30120)
                  Zeisler & Zeisler, P.C.
                  10 Middle Street, 15th Floor
                  Bridgeport, CT 06604
                  (203) 368-4234
                  aromney@zeislaw.com
                  cblau@zeislaw.com

By:    /s/ *David N. Dunn*
David N. Dunn
*Pro hac admission pending*
Phillips, Dunn, Shriver & Carroll, P.C.
147 Western Avernue
Brattleboro, VT  05301
(802) 257-7244 (ext. 112)
ddunn@pdsclaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2020, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system and via certified mail to all counsel and pro-se parties as listed below:

Defendant:
James R. Barnes
145 Deercliff Road
Avon, CT 06001

Doug Skalka, Esq.
195 Church Street 13th Floor
New Haven, CT 06510
*Counsel to James R. Barnes*

Janice B. Grubin
Barclay Damon LLP
1270 Avenue of the Americas
Suite 501
New York, NY 10020
*Counsel to James R. Barnes*

William E. Whittington
Whittington Law Associates
35 S. Main Street
Hanover, NH 03755
*Counsel to James R. Barnes*

Kevin J. McEleney
Updike, Kelly & Spellacy, P.C.
100 Pearl Street, PO Box 231277
Hartford, CT 06123
*Counsel for Plaintiffs*

Garrett S. Flynn, Esq.
Law Offices of Garrett S. Flynn, LLC
10 North Main Street, Suite 221
West Hartford, CT 06107-1941
*Counsel to Dan Solaz*

    /s/ *Aaron A. Romney*
    Aaron A. Romney (ct28144)