# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x

| | |
|---|---|
| RTM CAPITAL PARTNERS, INC.; LPV, 15-HERMITAGE, LLC; and MATTHEW CURTIS, | Civil No. 3:18-MC-00076 (RNC) |
| Plaintiff, | |
| -against- | |
| JAMES R. BARNES, | October 16, 2020 |
| Defendant. | |

------------------------------------------------------------x

## NOTICE OF APPEARANCE

The undersigned counsel, **Joseph M. Pastore III**, of the law firm Pastore & Dailey LLC, hereby gives notice of his appearance in this case on behalf of the proposed intervenor, an Irrevocable Grantor Retained Annuity Trust created on September 21, 2009, and requests service of all notices, pleadings and other papers filed in this case as required by the applicable rules of procedure or by order of the Court.

I certify that I am admitted to practice in this Court.

Dated: Stamford, CT
October 16, 2020

                                           **Attorneys for the Proposed Intervenor,
IRREVOCABLE GRANTOR
RETAINED ANNUITY TRUST**

                                           By: /s/ Joseph M. Pastore III

                                           Joseph M. Pastore III (ct11431)
                                           Pastore & Dailey LLC
                                           4 High Ridge Park, Third Floor
                                           Stamford, CT 06905
                                           Tel: 203-658-8454
                                           Fax: 203-348-0852

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2020, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.

By: /s/ Joseph M. Pastore III

Joseph M. Pastore III (ct11431)