# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------------------x

| | |
|---|---|
| RTM CAPITAL PARTNERS, INC.; LPV, 15-HERMITAGE, LLC; and MATTHEW CURTIS, | Civil No. 3:18-MC-00076 (RNC) |
| Plaintiff, | April 19, 2021 |
| -against- | |
| JAMES R. BARNES, | **NOTICE OF MOTION TO INTERVENE PURSUANT TO FRCP 24** |
| Defendant. | |

-------------------------------------------------------------x

TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:

     PLEASE TAKE NOTICE that Proposed Intervenor, John T. Del Negro, Trustee of an Irrevocable Grantor Retained Annuity Trust created on September 21, 2009 ("Trustee"), by and through undersigned counsel, respectfully moves to intervene in the instant action pursuant to Federal Rule of Civil Procedure 24 and on consent of the parties, to be named herein as "John T. Del Negro, Trustee of an Express Trust." Trustee hereby incorporates all arguments set forth in the Proposed Intervenor Irrevocable Trust's Memorandum of Law in Support of Motion to Intervene [dkt. # 32-1] as if fully set forth herein.

Dated:  Stamford, CT
        April 19, 2021

                                      **Proposed Intervenor John T. Del Negro, Trustee of an Express Trust**

                                      By:    /s/ Joseph M. Pastore III
                                                  Joseph M. Pastore III, Esq. (ct11431)
                                                  Pastore & Dailey LLC
                                                  Juris No. 433711
                                                  4 High Ridge Park, 3rd Floor
                                                  Stamford, CT 06905
                                                  Tel: (203) 658-8454
                                                  Fax: (203) 717-5550
                                                  *Trustee's Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system as listed below:

| | |
|---|---|
| Kevin J. McEleney, Esq.<br>Updike, Kelly & Spellacy, P.C.<br>100 Pearl Street, 17th Floor<br>PO Box 231277<br>Hartford, CT 06123<br>860-548-2600<br>860-548-2680 (fax)<br>kmceleney@uks.com<br>*Counsel to Plaintiffs* | Joseph M. Pastore III, Esq.<br>Leanne M. Shofi, Esq.<br>Pastore & Dailey LLC<br>4 High Ridge Park 3rd Floor<br>Stamford, CT 06905<br>203-658-8454<br>203-717-5550 (fax)<br>jpastore@psdlaw.net<br>lshofi@psdlaw.net<br>*Counsel to Defendant James R. Barnes* |
| Garrett S. Flynn, Esq.<br>Law Offices of Garrett S. Flynn, LLC<br>10 North Main Street, Suite 221<br>West Hartford, CT 06107-1941<br>860-676-3148<br>860-674-3148<br>gsf@flynn-law.com<br>*Counsel to Intervenor Daniel Solaz* | |
| Aaron A. Romney, Esq.<br>Christopher H. Blau, Esq.<br>Zeisler & Zeisler, P.C.<br>10 Middle Street, 15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-367-9678 (fax)<br>aromney@zeislaw.com<br>*Counsel to Intervenor*<br>*Barnstormer Summit Lift, LLC* | David N. Dunn, Esq.<br>Pro hac admission pending<br>Phillips, Dunn, Shriver & Carroll, P.C.<br>147 Western Avenue<br>Brattleboro, VT 05301<br>802-275-7244 (ext. 112)<br>ddunn@pdsclaw.com<br>*Counsel to Intervenor*<br>*Barnstormer Summit Lift, LLC* |

By    /s/ Joseph M. Pastore III
       Joseph M. Pastore III, Esq.