UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RTM CAPTIAL PARTNERS, INC., LPV, 15- HERMITAGE, LLC, and MATTHEW CURTIS,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>JAMES R. BARNES,<br><br>　　　　　　　　Defendant. | CASE NO. 3:21-CV-01462 (SDV) |

## NOTICE OF APPEARANCE

　　The undersigned counsel, Christopher H. Blau, of the law firm of Zeisler & Zeisler, P.C., hereby gives notice of his appearance in this case on behalf of the intervenor, Barnstormer Summit Lift, LLC, and requests service of all notices, pleadings and other papers filed in this case as required by the applicable rules of procedure or by order of the Court.

　　I certify that I am admitted to practice in this Court.

Dated: June 28, 2022

　　　　　　　　　　　　　　　　　　　　　INTERVENOR
　　　　　　　　　　　　　　　　　　　　　BARNSTORMER SUMMIT LIFT, LLC

　　　　　　　　　　　　　　　　　　　　　*/s/ Christopher H. Blau*
　　　　　　　　　　　　　　　　　　　　　Christopher H. Blau (ct30120)
　　　　　　　　　　　　　　　　　　　　　Zeisler & Zeisler, P.C.
　　　　　　　　　　　　　　　　　　　　　10 Middle Floor, 15th Floor
　　　　　　　　　　　　　　　　　　　　　Bridgeport, CT 06604
　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 368-4234
　　　　　　　　　　　　　　　　　　　　　Fax: (203) 367-9678
　　　　　　　　　　　　　　　　　　　　　Email: cblau@zeislaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 28, 2022, a copy of this Appearance was electronically filed. Notice of this filing will be sent, via email, to all parties able to receive electronic notification, by operation of the Court's electronic filing system and as listed on the Notice of Electronic Filings. Parties may access this filing through the court's CM/ECF case management system.

By: */s/ Christopher H. Blau*
     Christopher H. Blau (ct30120)